THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Michael Allen Washington, Appellant.
 
 
 

Appeal From Richland County
James W. Johnson, Jr., Circuit Court Judge
Unpublished Opinion No. 2007-UP-521
Submitted October 1, 2007  Filed November
 9, 2007
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Warren B. Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Michael
 Washington pled guilty to third degree burglary.  Washington was sentenced to three
 years.  Pursuant to Anders v. California, 386 U.S. 738 (1967),
 appellants counsel attached a petition to be relieved.
After review of the
 record pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams,  305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss this appeal
 and grant counsels petition to be relieved.[1]
APPEAL
 DISMISSED.   
Hearn, CJ.,
 Huff, and Kittredge , JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.